# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-MJ-21357-MDD-MMA |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| MARCO POLO SALGADO-CUELLAR, | [Doc. No. 20] |
| Defendant. | |

On the government's motion and in light of the Ninth Circuit's decision in *United States v. Corrales-Vazquez*, 931 F.3d 944 (9th Cir. 2019), the Court **VACATES** the judgment of conviction against Defendant Marco Polo Salgado-Cuellar ("Defendant"), **DISMISSES** Defendant's appeal therefrom, and **DISMISSES** the criminal complaint filed against Defendant without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: February 26, 2020

HON. MICHAEL M. ANELLO
United States District Judge